Motion for assignment of counsel granted and John E. Tyo, Esq., care of Zimmerman & Tyo, 6 East Main Street, P.O. Box 7, Shortsville, New York 14548 assigned as counsel to the appellant on the appeal herein.

The People of the State of New York, Appellant, v Andrew H. Van Buren, Respondent.

The People of the State of New York, Appellant, v Mary B. Jeanniton, Respondent.

Submitted March 21, 2005; decided March 24, 2005

Motion by City of New York for leave to participate in oral argument on the appeals herein granted.

The People of the State of New York, Appellant, v Andrew H. Van Buren, Respondent.

The People of the State of New York, Appellant, v Mary B. Jeanniton, Respondent.

Submitted February 28, 2005; decided March 24, 2005

Motion by Eliot Spitzer, Attorney General of the State of New York, for leave to file a brief amicus curiae on the appeals herein granted and the proposed brief is accepted as filed.

The People of the State of New York ex rel. Frank Sacco, Appellant, v Gary Greene, as Superintendent of Great Meadow Correctional Facility, Respondent.

Submitted February 7, 2005; decided March 24, 2005

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.

Vivian Scarangella et al., Respondents, v Anthony Laborde, Also Known as Abdul Majid, Appellant, and Eliot Spitzer, Intervenor-Respondent.

Submitted January 14, 2005; decided March 24, 2005

On the Court's own motion, appeal dismissed, without costs,